JAMES MCGUIRE (SBN 189275)
jmcguire@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
Access Finance, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>ACCESS FINANCE, INC.,<br><br>Defendant. | Case No. 3:26-cv-02773-LJC<br>MODIFIED<br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

**~~[PROPOSED]~~ ORDER**

The Court, having considered Defendant's Unopposed Motion for the Extension of Defendant Access Finance, Inc.'s Deadline to Respond to Plaintiff's Motion for Default Judgment, hereby orders as follows:

The time to file Defendant Access Finance, Inc.'s Response to Plaintiff's Motion for Default Judgment shall be extended to and including August 12, 2026, the time to file Plaintiff's Reply shall be extended to and including August 19, 2026, and the hearing on Plaintiff's Motion shall be continued to **October 6, 2026 at 10:30am** ~~September 1, 2026~~.

**IT IS SO ORDERED.**

DATED: July 30, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge